# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kimberly Clark Corporation, :
     Petitioner :
         :
    v.     :  No. 656 C.D. 2016
         :
Workers' Compensation Appeal :
Board (Bromley),    :
     Respondent :

## **O R D E R**

NOW, July 7, 2017, upon consideration of petitioner's application for reargument and respondent's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge